# BANTLE & LEVY LLP

ATTORNEYS AT LAW

99 PARK AVENUE, SUITE 1510

NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

September 12, 2022

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

                    Re:   *Victoria Monahan v. Northwell Health, Inc. et al.*
                                Case No. 22-cv-6016-LJL

Dear Judge Liman:

      In accordance with Your Honor's Individual Practices in Civil Cases, Plaintiff Victoria Monahan and Defendants Northwell Health, Inc. and North Shore University Hospital submit this joint letter to the Court to respectfully disclose the following briefing schedule regarding Defendants' Motion to Dismiss Plaintiff's complaint. Defendants' Motion to Dismiss Plaintiff's complaint was electronically filed on September 8, 2022. The parties have agreed that Plaintiff's opposition to Defendants' motion will be due by October 24, 2022, and Defendants' reply will be due by November 14, 2022.


Respectfully submitted,

LITTLER MENDELSON P.C.

By: */s/ Lisa M. Griffith*

Lisa M. Griffith
Zack G. Sharpe, IV
900 Third Avenue
New York, New York 10022
Tel. 631.247.4709
lgriffith@littler.com
zsharpe@littler.com

BANTLE & LEVY LLP

By: */s/ Sherie N. Buell*

Sherie N. Buell
Lee F. Bantle
99 Park Avenue, Suite 1510
New York, New York 10016
Tel. 212.228.9666
buell@civilrightsfirm.com
bantle@civilrightsfirm.com

BANTLE & LEVY LLP

*Attorneys for Defendants, Northwell Health, Inc.*  *Attorneys for Plaintiff, Victoria Monahan*
*and North Shore University Hospital*