UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA MONAHAN,<br><br>                                Plaintiff,<br><br>-against-<br><br>NORTHWELL HEALTH, INC and NORTH SHORE UNIVERSITY HOSPITAL,<br><br>                                Defendants. | 22-CV-06016 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 26, 2022 Reassignment Order. ECF No. 26.

Defendant reports that it will withdraw its Motion for Summary Judgment, filed on the docket as a Motion to Dismiss. ECF No. 26 at 2. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13. Accordingly, Defendant shall answer the complaint by **November 1, 2022**.

The parties shall submit a status report on the outcome of their mediation by **November 16, 2022**.

Additionally, IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on November 30, 2022, at 3:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 12, 2022
          New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge